IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT WELLMAN, JOAN WELLMAN, DANIEL B. BARCUS, and ALCINDA BARCUS, <br><br> Plaintiffs, <br><br> vs. <br><br> LACEY ORCUTT, ACTING DIRECTOR OF GLACIER COUNTY FARM SERVICE AGENCY and THOMAS J. VILSACK, ACTING SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendants. | CV 21-30-GF-BMM-JTJ <br><br><br> ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE HEARING |

Defendants Lacey Orcutt and Thomas J. Vilsack move the Court to reset the hearing currently scheduled for September 13, 2021 on their Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim (Doc. 4).  Having reviewed the motion and finding good cause therefore, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that the hearing is RESET for Monday, September 20, 2021 at 1:30 p.m.

DATED this 24th of August, 2021.


_____
Brian Morris, Chief District Judge
United States District Court