IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT WELLMAN, JOAN WELLMAN, DANIEL B. BARCUS, and ALCINDA BARCUS,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS J. VILSACK, SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | CV 21-30-GF-BMM<br><br>ORDER |

The parties having jointly moved to extend the stay of this case until April 25, 2023 to continue pursuing settlement, and good cause appearing,

IT IS ORDERED that the motion (Doc. 25) is GRANTED. This matter remains STAYED until April 25, 2023. On or before this date, the parties shall file either a stipulation of dismissal or a report apprising the Court of the status of the case.

DATED this 26th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court